UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISCOVERORG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WESUCCEED SOLUTIONS, INC., <br><br> Defendant. | Case No. 3:15-cv-05592-BHS <br><br> PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT WESUCCEED SOLUTIONS, INC. TO FILE ANSWER <br><br> NOTE ON MOTION CALENDAR: SEPTEMBER 16, 2015 |

Plaintiff DiscoverOrg, LLC ("DiscoverOrg") hereby respectfully requests an extension of time for defendant WeSucceed Solutions, Inc. ("WeSucceed") to respond to the complaint. We believe the response would be due under the rules on September 17, 2015. While WeSucceed has not yet appeared in this action, the parties have begun settlement discussions and have agreed that WeSucceed's deadline to answer the complaint should be extended in the hopes that the matter will be resolved before answering is necessary.

Therefore, DiscoverOrg requests that WeSucceed's deadline to answer the complaint be set for **November 16, 2015**. This motion is based on the matters set forth in the declaration of Anthony Stark, submitted herewith.

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME - 1
No. 3:15-cv-05592-BHS

ANTHONY M. STARK
DISCOVERORG, LLC
805 BROADWAY ST., 9TH FLOOR
VANCOUVER, WA 98660
360.718 5635

1  This motion is not made for the purpose of undue delay and no party will be prejudiced
2  by the granting of this motion.
3  DATED:   September 16, 2015

                Respectfully submitted,

                By_____
                   Anthony M. Stark, WSBA No. 48776
                   General Counsel
                   DiscoverOrg, LLC
                   805 Broadway St., 9th Floor
                   Vancouver, WA 98660
                   360.718.5635
                   astark@discoverorg.com

                   Attorney for Plaintiff

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME - 2
No. 3:15-cv-05592-BHS

ANTHONY M. STARK
DISCOVERORG, LLC
805 BROADWAY ST., 9TH FLOOR
VANCOUVER, WA 98660
360.718 5635