1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE WESTERN DISTRICT OF WASHINGTON

9

| DISCOVERORG, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | Case No. 3:15-cv-05592-BHS |
|  | ) |  |
| v. | ) | NOTICE OF VOLUNTARY DISMISSAL |
|  | ) |  |
| WESUCCEED SOLUTIONS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

15      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

16   DiscoverOrg, LLC hereby gives notice that the above-captioned action is voluntarily dismissed

17   with prejudice as to all defendants.

18      DATED:   December 4, 2015

19                              Respectfully submitted,

20

21

22

23   By  /s/ Anthony M. Stark
          Anthony M. Stark, WSBA No. 48776
          General Counsel
24        DiscoverOrg, LLC
          805 Broadway St., Suite 900
25        Vancouver, WA 98660
          360.718.5635
26        anthony.stark@discoverorg.com

27                              *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
No. 3:15-cv-05592-BHS

ANTHONY M. STARK
DISCOVERORG, LLC
805 BROADWAY ST., SUITE 900
VANCOUVER, WA 98660
360.718.5635